B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>District of Maryland | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Watchwood LLC, t/a Hagerstown Hotel & Convention Center** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**20-4514231** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1910 Dual Highway**<br>**Hagerstown, MD**<br>ZIP Code **21740** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Washington** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☒ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
☒ Debts are primarily business debts.

**Filing Fee** (Check one box)

☒ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(1/08) — Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Watchwood LLC, t/a Hagerstown Hotel & Convention Center** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s)            (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**
**Watchwood LLC, t/a Hagerstown Hotel & Convention Center**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** **/s/ Craig M. Palik (cpalik@mhlawyers.com)**
Signature of Attorney for Debtor(s)

**Craig M. Palik (cpalik@mhlawyers.com) 15254**
Printed Name of Attorney for Debtor(s)

**McNamee Hosea**
Firm Name

**6411 Ivy Lane, Ste. 200**
**Greenbelt, MD 20770**

_____
Address

**(301) 441-2420  Fax: (301) 982-9450**
Telephone Number

**August 10, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Bahman Rowhani**
Signature of Authorized Individual

**Bahman Rowhani**
Printed Name of Authorized Individual

**Managing Member**
Title of Authorized Individual

**August 10, 2009**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Maryland

In re    **Watchwood LLC, t/a Hagerstown Hotel & Convention Center**

Debtor(s)

Case No.

Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Starwood Hotels & Resorts WW P.O. Box 198872 Atlanta, GA 30384 | Starwood Hotels & Resorts WW P.O. Box 198872 Atlanta, GA 30384 | | Disputed | 127,418.00 |
| Comptroller of Maryland Compliance Division 301 West Preston Street, Room 409 Baltimore, MD 21201 | Comptroller of Maryland Compliance Division 301 West Preston Street, Room 409 Baltimore, MD 21201 | | | 112,374.66 |
| Washington County MD Treasure's Office 35 W. Washington Street Ste. 102 Hagerstown, MD 21740 | Washington County MD Treasure's Office 35 W. Washington Street Hagerstown, MD 21740 | | | 72,017.00 |
| Internal Revenue Service Insolvency Department 31 Hopkins Plaza - Rm. 1140 Baltimore, MD 21201 | Internal Revenue Service Insolvency Department 31 Hopkins Plaza - Rm. 1140 Baltimore, MD 21201 | | | 67,225.59 |
| Tina Seal 142 1/w East High St., Junction Sharpsburg, MD 21782 | Tina Seal 142 1/w East High St., Junction Sharpsburg, MD 21782 | | | 50,810.54 |
| Kelly & Associates Insurance Group Employee Benefit Service P.O. Box 630283 Baltimore, MD 21263 | Kelly & Associates Insurance Group Employee Benefit Service P.O. Box 630283 Baltimore, MD 21263 | | Unliquidated | 37,834.00 |
| Abbie Rhodes 16306 Ayrshire Ct. Hagerstown, MD 21742 | Abbie Rhodes 16306 Ayrshire Ct. Hagerstown, MD 21742 | | Unliquidated | 33,436.73 |
| Linda Beard 9325 Garis Shop Rd. Hagerstown, MD 21740 | Linda Beard 9325 Garis Shop Rd. Hagerstown, MD 21740 | | Unliquidated | 32,779.92 |
| Columbia Gas of MD. P.O. Box 9001845 Louisville, KY 40290 | Columbia Gas of MD. P.O. Box 9001845 Louisville, KY 40290 | | | 31,055.43 |

B4 (Official Form 4) (12/07) - Cont.

In re   **Watchwood LLC, t/a Hagerstown Hotel & Convention Center**                             Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Patricia McDonnell**<br>**933 Security Rd.**<br>**Hagerstown, MD 21740** | **Patricia McDonnell**<br>**933 Security Rd.**<br>**Hagerstown, MD 21740** | | **Unliquidated** | **30,489.30** |
| **Yasaman Rowhani**<br>**2142 Cathedral Ave., N**<br>**Washington, DC 20008** | **Yasaman Rowhani**<br>**2142 Cathedral Ave., N**<br>**Washington, DC 20008** | | **Unliquidated** | **30,392.17** |
| **Philadelphia Sign Company, Inc.**<br>**P.O. Box 828894**<br>**Philadelphia, PA 19182-8894** | **Philadelphia Sign Company, Inc.**<br>**P.O. Box 828894**<br>**Philadelphia, PA 19182-8894** | | | **22,241.68** |
| **Gary Daley**<br>**291 Pangborn Blvd**<br>**Hagerstown, MD 21740** | **Gary Daley**<br>**291 Pangborn Blvd**<br>**Hagerstown, MD 21740** | | **Unliquidated** | **21,084.96** |
| **Ellsworth Electric, Inc.**<br>**88 W. Lee St., Ste. 1**<br>**Hagerstown, MD 21740** | **Ellsworth Electric, Inc.**<br>**88 W. Lee St., Ste. 1**<br>**Hagerstown, MD 21740** | | | **18,028.12** |
| **Miles & Stockbridge, P.C.**<br>**Rachel T. McGuckian**<br>**10 Light St.**<br>**Baltimore, MD 21202-1487** | **Miles & Stockbridge, P.C.**<br>**Rachel T. McGuckian**<br>**10 Light St.**<br>**Baltimore, MD 21202-1487** | | | **16,760.05** |
| **Division of Unemployment Insurance**<br>**P.O. Box 1683**<br>**Baltimore, MD 21203-1683** | **Division of Unemployment Insurance**<br>**P.O. Box 1683**<br>**Baltimore, MD 21203-1683** | | | **15,512.94** |
| **Allegneny Power**<br>**800 Cabin Hill Dr.**<br>**Greensburg, PA 15606** | **Allegneny Power**<br>**800 Cabin Hill Dr.**<br>**Greensburg, PA 15606** | | | **15,069.08** |
| **Harleysville Insurance**<br>**Processing Center**<br>**P.O. Box 37712**<br>**Philadelphia, PA 19101-1688** | **Harleysville Insurance**<br>**Processing Center**<br>**P.O. Box 37712**<br>**Philadelphia, PA 19101-1688** | | | **11,681.00** |
| **American Hotel Register Co.**<br>**P.O. Box  94150**<br>**Palatine, IL 60094** | **American Hotel Register Co.**<br>**P.O. Box  94150**<br>**Palatine, IL 60094** | | | **11,327.05** |
| **George Hambleton**<br>**207 S Church St.**<br>**P.O. Box 402**<br>**Sharpsburg, MD 21782** | **George Hambleton**<br>**207 S Church St.**<br>**P.O. Box 402**<br>**Sharpsburg, MD 21782** | | **Unliquidated** | **10,698.76** |

B4 (Official Form 4) (12/07) - Cont.

In re   **Watchwood LLC, t/a Hagerstown Hotel & Convention Center**                Case No. _____

                              Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

        I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **August 10, 2009**                       Signature   **/s/ Bahman Rowhani**
                                                      **Bahman Rowhani**
                                                      **Managing Member**

      *Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§  152 and 3571.

## United States Bankruptcy Court
### District of Maryland

In re   **Watchwood LLC, t/a Hagerstown Hotel & Convention Center**          Case No.

_____          Chapter   __11__
                              Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and

correct to the best of my knowledge.

Date:   **August 10, 2009**                    **/s/ Bahman Rowhani**
                              **Bahman Rowhani/Managing Member**
                              Signer/Title

AAA-Mail Stop 2
1000 AAA Dr.
Heathrow, FL 32746-5063


Abbie Rhodes
16306 Ayrshire Ct.
Hagerstown, MD 21742


AFLAC
1932 Wynnton Rd.
Columbus, GA 31999-0001


Allegneny Power
800 Cabin Hill Dr.
Greensburg, PA 15606


Alliance Tour & Travel
9827 Chorlton Circle
Orlando, FL 32832


Allied Waste Services
P.O. Box 9001099
Louisville, KY 40290


American Hotel Register Co.
P.O. Box 94150
Palatine, IL 60094


Antietam Cable TV
1000 Willow Circle
Hagerstown, MD 21740


AT&T
P.O. Box 78522
Phoenix, AZ 85062

AT&T-GLO
P.O. Box 13134
Newark, NJ 07101


Atlantic Security Systems
19741 G Leitersburg Pike
Hagerstown, MD 21742


Auto-Chlor
7415A Electronic Dr.
Springfield, VA 22151


BB&T
115 N. Cameron St.
Winchester, VA 22601


Beaver Mechanical Contractors, Inc.
61 West Lee St.
Hagerstown, MD 21740


BFPE International
P.O. Box 630067
Baltimore, MD 21263


Big Brothers Big Sisters
1135 Virginia Ave.
Hagerstown, MD 21740


Blair Pools
21018 Jefferson Blvd
Smithsburg, MD 21783


BMI-Broadcast Music, Inc.
P.O. Box 406741
Atlanta, GA 30384

Bogie Hardware, Inc.
913 Larimer Ave.
North Versailles, PA 15137


Booking.Com BV
Lockbox 5295
5295 Paysphere Circle
Chicago, IL 60674


Burco International
P.O. Box 3139
Asheville, NC 28802


Carolina Door Controls
6770 Oak Hall Lane, Ste. 125
Columbia, MD 21045


Cassandra Knick
20 Wakefield Rd.
Hagerstown, MD 21740


Cenveo
P.O Box 802035
Chicago, IL 60680


Chamber of Commerce
28 W. Washington St., Ste. 200
Hagerstown, MD 21740


Cintas Corp, #386
11800 Upper Potomac
Industrial Park
Cumberland, MD 21502


City of Hagerstown
P.O. Box 1498
Hagerstown, MD 21741

Colt Plumbing Specialties
1132 Trindle Rd.
P.O. Box 957
Mechanicsburg, PA 17055


Columbia Gas of MD.
P.O. Box 9001845
Louisville, KY 40290


Commercial Pool Group
4520 Green Valley Rd.
Monrovia, MD 21770


Comptroller of Maryland
Compliance Division
301 West Preston Street, Room 409
Baltimore, MD 21201


Cumberland Valley Heating & Air Cond.
11005 Bower Ave.
Hagerstown, MD 21740


Daniel B. Kreig, Inc.
4200 Paxton St.
Harrisburg, PA 17111


Daydots
24198 Network Place
Chicago, IL 60673


Department of Assessment & Taxation
Personal Property Division
301 West Preston St.
Baltimore, MD 21201-2395


Division of Child Support Enf.
P.O. Box 570
Richmond, VA 23218-0570

Division of Unemployment Insurance
P.O. Box 1683
Baltimore, MD 21203-1683


Ecolab
P.O. Box 905327
Charlotte, NC 28290


Ehrlich
P.O. Box 13848
Reading, PA 19612


Ellsworth Electric, Inc.
88 W. Lee St., Ste. 1
Hagerstown, MD 21740


Expedia Inc.
P.O. Box 847675
Dallas, TX 75284-7675


Federal Publishing
3590 South State Rd.7
Ste 23/Reference Div.
Hollywood, FL 33023


Frederick Glass Shop, Inc.
525 A Northern Ave.
Hagerstown, MD 21742


Funkstown Vol. Fire Co., Inc.
P.O. Box 503
East Berlin, CT 06023


Gary Daley
291 Pangborn Blvd
Hagerstown, MD 21740

George Hambleton
207 S Church St.
P.O. Box 402
Sharpsburg, MD 21782


Gladhill Pest Control
P.O. Box 41
State Line, PA 17263


Great America Leasing co.
P.O. Box 660831
Dallas, TX 75266-0831


Groople, Inc.
9780 Mount Pyramid Court, St. #300
Englewood, CO 80112


Guests, Inc.
A Hospitality Management Co.
135 South Holiday St.
Strasburg, VA 22657


Hagermeyer North America, Inc.
P.O. Box 404749
Atlanta, GA 30384


Hagerstown Computer Solutions
13431 Maugansville Rd
Hagerstown, MD 21740


Hagerstown Convention & Vistors Bureau
16 Public Square
Hagerstown, MD 21740


Hagerstown Paint & Glass
18136 Oak Ridge Dr.
Hagerstown, MD 21740

Harleysville Insurance
Processing Center
P.O. Box 37712
Philadelphia, PA 19101-1688


Harold Dickey
415 Virginia Ave.
Martinsburg, WV 25401


Hasler, Inc.
P.O. Box 3808
Milford, CT 06460


HD Supply Facilities
P.O. Box 509058
San Diego, CA 92150


Helmsbrisco
20875 N 90th Place
Scottsdale, AZ 85255


Hewlett Packard Co.
800 South Taft
Loveland, CO 80537


Hodges & Irving, Inc.
1900 Sinclair St.
Saint Clair, MI 48079


Hospitality Careers Online, Inc.
c/o Comerica Bank
P.O. Box 673682
Detroit, MI 48267


HR Ebersole & Sons, Inc.
P.O. Box 188
Maugansville, MD 21767

Hynes & Waller
16000 Trade Zone Ave.
Upper Marlboro, MD 20772


IAFF Local 1605 Foundation, Inc.
Attn.: Glenn Fuscsick
P.O. Box 2979
Hagerstown, MD 21741-2979


Idearc
Attn: Acct Receivable Debt
P.O. Box 619009
DFW Airport
Dallas, TX 75261


In the Swim
320 Industrial Dr.
West Chicago, IL 60185


Internal Revenue Service
Insolvency Department
31 Hopkins Plaza - Rm. 1140
Baltimore, MD 21201


James Harris
2011 Starlight Ln
Hagerstown, MD 21740


Jones Fire Extinguisher, Inc.
2511 Hafer Rd.
Fayetteville, PA 17222


Kathy Pryor
1045 Pennsylvania Ave.
Hagerstown, MD 21740

Kelly & Associates Insurance Group
Employee Benefit Service
P.O. Box 630283
Baltimore, MD 21263


Kenley Express
761 E. Wilson Blvd
Hagerstown, MD 21740


King Audio/Visual Inc.
3454 Ellicott Center Dr., Ste. 105
Ellicott City, MD 21043


Larry & Sons, Inc.
301 West Franklin Street
Hagerstown, MD 21740


Laundry Equipment Services, Inc,
3280 Mauzy Road
Berkeley Springs, WV 25411


Law Office of Arthur Schneider, PC
120 West Washington St., Ste. 200
Hagerstown, MD 21740


Leslie's Pool Supplies, Inc.
P.O. Box 501162
Saint Louis, MO 63150


Lexyl Travel Technologies
8880 rio San Diego Dr., Ste. 800
San Diego, CA 92108


Linda Beard
9325 Garis Shop Rd.
Hagerstown, MD 21740

Living Greenery
3597 Brook Street
Greencastle, PA 17225


Lockheed Martin Corp.
6500 rock Spring Dr.
Bethesda, MD 20817


Locks Unlimited
124 W. Church St.
Hagerstown, MD 21741


M.S. Johnston
13261 Pennsylvania Avenue
Hagerstown, MD 21742


Mainline Broadcasing
25 Penncraft Ave.
Chambersburg, PA 17201


Mark Stotler
7804 McCleallan Ave.
Boonsboro, MD 21713


Matthew Brody
16608 Johnson Dr.
Williamsport, MD 21795


Media Two
1014 W 36th St
Baltimore, MD 21211


Miles & Stockbridge, P.C.
Rachel T. McGuckian
10 Light St.
Baltimore, MD 21202-1487

Minuteman Press
981A MT Aetna Rd.
Hagerstown, MD 21740


Muhkammad Badirov
1610 Dual Highway
Hagerstown, MD 21740


National Hospitality Supply
10660 N. Executive Ct.
Thiensville, WI 53092


National Telecommunications
520 Broad Street
Newark, NJ 07102


New Frontiers Telecom
49 Summit Avenue
Hagerstown, MD 21740


OK Associates, Inc.
5075 Lincoln Way East, Ste. J
Fayetteville, PA 17222


PA Department of Revenue
Dept. 280904
Harrisburg, PA 17128-0904


PA Softball
Maxine Barrick
100 Limekiln Road
Carlisle, PA 17015


Pacific Coast Flag
2685 Land Park Drive
Sacramento, CA 95818

Patricia Dougherty
1302 Pennsylvania Ave.
Hagerstown, MD 21740


Patricia McDonnell
933 Security Rd.
Hagerstown, MD 21740


Pest Zero
410 Key Circle
Hagerstown, MD 21740


Philadelphia Sign Company, Inc.
P.O. Box 828894
Philadelphia, PA 19182-8894


Plasticard
605 Sweeten Creek
Industrial Park
Asheville, NC 28803


Pools, Patios & Porches
179-D Thomas Johnson Dr.
Frederick, MD 21702


Prettyman Broadcasting Co.
1606 W. King Street
Martinsburg, WV 25401


Progressive Business Publications
370 Technology Dr.
Malvern, PA 19355


Questex Media
P.O. Box 504166
Saint Louis, MO 63150-4166

Reeves Co., Inc.
51 Newcomb Street
P.O. Box 509
Attleboro, MA 02703


Richard E. Hagerty
Troutman Sanders LLP
1660 International Dr., Ste. 600
Mc Lean, VA 22102


Ridgerunner Publishing, LLC
Haherstown Magazine
P.O. Box 2415
Hagerstown, MD 21741


Rising Signs
2756 Appling Center Cove, Ste. 101
Memphis, TN 38133


Rubachem Systems, Inc.
P.O. Box 901
Northvale, NJ 07647


Rubicon Group, Inc.
101 Marietta Street
Ste. 3525
Atlanta, GA 30303


Saflock
31750 Serman Drive
Madison Heights, MI 48071


Scent Air Technologies
P.O. Box 534448
Atlanta, GA 30353


Shahriar varghaeimat
17950 Garden Lane, Apt. 32
Hagerstown, MD 21740

Sharon Snyder
115 Bethlehem Ct.
Hagerstown, MD 21740


Shirley Thompson
22013 Grove Rd.
Hagerstown, MD 21740


South Moutain Mechanical Contractors
10248 Rollingridge Ct
Myersville, MD 21773


Southern Data Com
SDS-12-2895
P.O. Box 86
Minneapolis, MN 55486-2895


Spectrum Fire Protection, Inc.
9938 Potter St.
Bellflower, CA 90706


Spichers Appliance
13427 Pennsylvania Avenue
Hagerstown, MD 21740


Sprint
P.O. Box 4181
Carol Stream, IL 60197


Staples
P.O. Box 6721
The Lakes, NV 88901


Starwood Hotels & Resorts WW
P.O. Box 198872
Atlanta, GA 30384

State Highway Administration
P.O. Box 1636
Hagerstown, MD 21740


Sutton Hospitality Resources, Inc.
405 Southway
Baltimore, MD 21218


Swimming Pool Specialties, Inc.
860 Pennsylvania Ave.
Hagerstown, MD 21742


Ted's Rent It Center
17827 Virginia Ave
Hagerstown, MD 21740


The Groudskeeper, Inc.
8423 Routzahn Road
Boonsboro, MD 21713


The Home Adventures Co.
860 Pennsylvania Ave.
Hagerstown, MD 21742


The Pool People
5525 Wilkins Court
Rockville, MD 20852


Tina Seal
142 1/w East High St., Junction
Sharpsburg, MD 21782


TMG Studios
4 Manila Ave
Hagerstown, MD 21742

Travel Click
300 N Martingale
Ste. 500
Schaumburg, IL 60173


Travel Hero:  1460303
P.O. Box 13930
Scottsdale, AZ 85267-3930


Travel Media Group
P.O. Box 3828
Norfolk, VA 23514


Travel Odessey, Inc.
The Lincoln Mall
Lincoln, RI 02865


Travelers
Cl Remittance Center
Hartford, CT 06183-1008


Trinicor Technology, Inc.
1486 Broadstone Plaza
Vienna, VA 22182


U.S. Security Associates, Inc.
P.O. Box 931703
Atlanta, GA 31193


USA Today
305 Seaboard Lane
Franklin, TN 37067


Valpak of Cumberland Valley
1829 Howell Rd., Ste. 2B
Hagerstown, MD 21740

Varsha Kothari
2010 Starlight Lane, Apt. 2A
Hagerstown, MD 21740


Verizon
P.O. Box 660720
Dallas, TX 75266


Vox Com Solutions, Inc,
8749 Hornets Nest Road
Unit A
Emmitsburg, MD 21727


Wanda Christoff
135 E Antietam St.
Hagerstown, MD 21740


Washington County MD
Treasure's Office
35 W. Washington Street
Ste. 102
Hagerstown, MD 21740


Western Pest Services
202 Perry Pkwy, Ste 2
Gaithersburg, MD 20877-2172


WJ Strickler Signs
P.O. Box 175
New Oxford, PA 17350


World Cinema, Inc.
9801 Westheimer
Suite 409
Houston, TX 77042

```
WV State Tax Department
Internal Auditing Division
P.O. Box 1667
Charleston, WV 25326


Xerox Corporation
P.O. Box 827598
Philadelphia, PA 19182


Yasaman Rowhani
2142 Cathedral Ave., N
Washington, DC 20008


Zee Medical, Inc,
P.O. Box 781503
Indianapolis, IN 46278
```