# United States Bankruptcy Court
## District of Maryland

In re   **Watchwood LLC, t/a Hagerstown Hotel & Convention Center**,          Case No. _____

Debtor

Chapter **11**

## Numbered Listing of Creditors

| # | Creditor name and mailing address | Category of Claim | Amount of Claim |
|---|---|---|---:|
| 1. | AAA-Mail Stop 2<br>1000 AAA Dr.<br>Heathrow, FL 32746-5063 | Unsecured claims | 787.50 |
| 2. | Abbie Rhodes<br>16306 Ayrshire Ct.<br>Hagerstown, MD 21742 | Unsecured claims<br>Unliquidated | 33,436.73 |
| 3. | AFLAC<br>1932 Wynnton Rd.<br>Columbus, GA 31999-0001 | Unsecured claims | 805.48 |
| 4. | Allegneny Power<br>800 Cabin Hill Dr.<br>Greensburg, PA 15606 | Unsecured claims | 15,069.08 |
| 5. | Alliance Tour & Travel<br>9827 Chorlton Circle<br>Orlando, FL 32832 | Unsecured claims | 426.40 |
| 6. | Allied Waste Services<br>P.O. Box 9001099<br>Louisville, KY 40290 | Unsecured claims | 1,556.61 |
| 7. | American Hotel Register Co.<br>P.O. Box 94150<br>Palatine, IL 60094 | Unsecured claims | 11,327.05 |
| 8. | Antietam Cable TV<br>1000 Willow Circle<br>Hagerstown, MD 21740 | Unsecured claims | 2,310.87 |
| 9. | AT&T<br>P.O. Box 78522<br>Phoenix, AZ 85062 | Unsecured claims | 509.96 |
| 10. | AT&T-GLO<br>P.O. Box 13134<br>Newark, NJ 07101 | Unsecured claims | 4,586.72 |
| 11. | Atlantic Security Systems<br>19741 G Leitersburg Pike<br>Hagerstown, MD 21742 | Unsecured claims | 1,031.27 |
| 12. | Auto-Chlor<br>7415A Electronic Dr.<br>Springfield, VA 22151 | Unsecured claims | 2,816.57 |

In re **Watchwood LLC, t/a Hagerstown Hotel & Convention Center**, Case No. _____
                                                                Debtor

## Numbered Listing of Creditors
(Continuation Sheet)

| Creditor name and mailing address | Category of Claim | Amount of Claim |
|---|---|---|
| 13. BB&T<br>115 N. Cameron St.<br>Winchester, VA 22601 | Secured claims | 5,500,000.00 |
| 14. Beaver Mechanical Contractors, Inc.<br>61 West Lee St.<br>Hagerstown, MD 21740 | Unsecured claims | 91.00 |
| 15. BFPE International<br>P.O. Box 630067<br>Baltimore, MD 21263 | Unsecured claims | 525.17 |
| 16. Big Brothers Big Sisters<br>1135 Virginia Ave.<br>Hagerstown, MD 21740 | Unsecured claims | 100.00 |
| 17. Blair Pools<br>21018 Jefferson Blvd<br>Smithsburg, MD 21783 | Unsecured claims | 151.48 |
| 18. BMI-Broadcast Music, Inc.<br>P.O. Box 406741<br>Atlanta, GA 30384 | Unsecured claims | 2,231.55 |
| 19. Bogie Hardware, Inc.<br>913 Larimer Ave.<br>North Versailles, PA 15137 | Unsecured claims | 122.40 |
| 20. Booking.Com BV<br>Lockbox 5295<br>5295 Paysphere Circle<br>Chicago, IL 60674 | Unsecured claims | 121.44 |
| 21. Burco International<br>P.O. Box 3139<br>Asheville, NC 28802 | Unsecured claims | 537.30 |
| 22. Carolina Door Controls<br>6770 Oak Hall Lane, Ste. 125<br>Columbia, MD 21045 | Unsecured claims | 158.38 |
| 23. Cassandra Knick<br>20 Wakefield Rd.<br>Hagerstown, MD 21740 | Unsecured claims | 1,209.42 |
| 24. Cenveo<br>P.O Box 802035<br>Chicago, IL 60680 | Unsecured claims | 1,195.72 |
| 25. Chamber of Commerce<br>28 W. Washington St., Ste. 200<br>Hagerstown, MD 21740 | Unsecured claims | 675.00 |

In re   **Watchwood LLC, t/a Hagerstown Hotel & Convention Center**,   Case No. _____
                                                           Debtor

## Numbered Listing of Creditors
(Continuation Sheet)

| Creditor name and mailing address | Category of Claim | Amount of Claim |
|---|---|---:|
| 26. **Cintas Corp, #386**<br>**11800 Upper Potomac**<br>**Industrial Park**<br>**Cumberland, MD 21502** | **Unsecured claims** | 169.65 |
| 27. **City of Hagerstown**<br>**P.O. Box 1498**<br>**Hagerstown, MD 21741** | **Unsecured claims** | 4,216.82 |
| 28. **Colt Plumbing Specialties**<br>**1132 Trindle Rd.**<br>**P.O. Box 957**<br>**Mechanicsburg, PA 17055** | **Unsecured claims** | 162.33 |
| 29. **Columbia Gas of MD.**<br>**P.O. Box 9001845**<br>**Louisville, KY 40290** | **Unsecured claims** | 31,055.43 |
| 30. **Commercial Pool Group**<br>**4520 Green Valley Rd.**<br>**Monrovia, MD 21770** | **Unsecured claims** | 221.10 |
| 31. **Comptroller of Maryland**<br>**Compliance Division**<br>**301 West Preston Street, Room 409**<br>**Baltimore, MD 21201** | **Priority claims** | 112,374.66 |
| 32. **Cumberland Valley Heating & Air Cond.**<br>**11005 Bower Ave.**<br>**Hagerstown, MD 21740** | **Unsecured claims** | 217.12 |
| 33. **Daniel B. Kreig, Inc.**<br>**4200 Paxton St.**<br>**Harrisburg, PA 17111** | **Unsecured claims** | 483.80 |
| 34. **Daydots**<br>**24198 Network Place**<br>**Chicago, IL 60673** | **Unsecured claims** | 78.36 |
| 35. **Department of Assessment & Taxation**<br>**Personal Property Division**<br>**301 West Preston St.**<br>**Baltimore, MD 21201-2395** | **Priority claims** | 400.00 |
| 36. **Division of Child Support Enf.**<br>**P.O. Box 570**<br>**Richmond, VA 23218-0570** | **Priority claims** | 1,145.17 |
| 37. **Division of Unemployment Insurance**<br>**P.O. Box 1683**<br>**Baltimore, MD 21203-1683** | **Priority claims** | 15,512.94 |

In re     **Watchwood LLC, t/a Hagerstown Hotel & Convention Center**            ,     Case No. _____
                                                                    Debtor

## Numbered Listing of Creditors
(Continuation Sheet)

| Creditor name and mailing address | Category of Claim | Amount of Claim |
|---|---|---|
| 38. **Division of Unemployment Insurance**<br>**P.O. Box 1683**<br>**Baltimore, MD 21203-1683** | **Priority claims** | 3,159.14 |
| 39. **Ecolab**<br>**P.O. Box 905327**<br>**Charlotte, NC 28290** | **Unsecured claims** | 2,297.37 |
| 40. **Ehrlich**<br>**P.O. Box 13848**<br>**Reading, PA 19612** | **Unsecured claims** | 760.00 |
| 41. **Ellsworth Electric, Inc.**<br>**88 W. Lee St., Ste. 1**<br>**Hagerstown, MD 21740** | **Unsecured claims** | 18,028.12 |
| 42. **Expedia Inc.**<br>**P.O. Box 847675**<br>**Dallas, TX 75284-7675** | **Unsecured claims** | 21.00 |
| 43. **Federal Publishing**<br>**3590 South State Rd.7**<br>**Ste 23/Reference Div.**<br>**Hollywood, FL 33023** | **Unsecured claims** | 178.50 |
| 44. **Frederick Glass Shop, Inc.**<br>**525 A Northern Ave.**<br>**Hagerstown, MD 21742** | **Unsecured claims** | 174.00 |
| 45. **Funkstown Vol. Fire Co., Inc.**<br>**P.O. Box 503**<br>**East Berlin, CT 06023** | **Unsecured claims** | 600.00 |
| 46. **Gary Daley**<br>**291 Pangborn Blvd**<br>**Hagerstown, MD 21740** | **Unsecured claims**<br>    **Unliquidated** | 21,084.96 |
| 47. **George Hambleton**<br>**207 S Church St.**<br>**P.O. Box 402**<br>**Sharpsburg, MD 21782** | **Unsecured claims**<br>    **Unliquidated** | 10,698.76 |
| 48. **Gladhill Pest Control**<br>**P.O. Box 41**<br>**State Line, PA 17263** | **Unsecured claims** | 180.00 |
| 49. **Great America Leasing co.**<br>**P.O. Box 660831**<br>**Dallas, TX 75266-0831** | **Unsecured claims** | 49.50 |

In re **Watchwood LLC, t/a Hagerstown Hotel & Convention Center**,    Case No. _____
                                                                 Debtor

## Numbered Listing of Creditors
(Continuation Sheet)

| Creditor name and mailing address | Category of Claim | Amount of Claim |
|---|---|---|
| 50. **Groople, Inc.**<br>**9780 Mount Pyramid Court, St. #300**<br>**Englewood, CO 80112** | Unsecured claims | 157.50 |
| 51. **Guests, Inc.**<br>**A Hospitality Management Co.**<br>**135 South Holiday St.**<br>**Strasburg, VA 22657** | Unsecured claims | 2,498.90 |
| 52. **Hagermeyer North America, Inc.**<br>**P.O. Box 404749**<br>**Atlanta, GA 30384** | Unsecured claims | 1,455.86 |
| 53. **Hagerstown Computer Solutions**<br>**13431 Maugansville Rd**<br>**Hagerstown, MD 21740** | Unsecured claims | 75.00 |
| 54. **Hagerstown Convention & Vistors Bureau**<br>**16 Public Square**<br>**Hagerstown, MD 21740** | Unsecured claims | 1,000.00 |
| 55. **Hagerstown Paint & Glass**<br>**18136 Oak Ridge Dr.**<br>**Hagerstown, MD 21740** | Unsecured claims | 1,009.28 |
| 56. **Harleysville Insurance**<br>**Processing Center**<br>**P.O. Box 37712**<br>**Philadelphia, PA 19101-1688** | Unsecured claims | 11,681.00 |
| 57. **Harold Dickey**<br>**415 Virginia Ave.**<br>**Martinsburg, WV 25401** | Unsecured claims | 5,345.57 |
| 58. **Hasler, Inc.**<br>**P.O. Box 3808**<br>**Milford, CT 06460** | Unsecured claims | 925.64 |
| 59. **HD Supply Facilities**<br>**P.O. Box 509058**<br>**San Diego, CA 92150** | Unsecured claims | 4,339.90 |
| 60. **Helmsbrisco**<br>**20875 N 90th Place**<br>**Scottsdale, AZ 85255** | Unsecured claims | 811.80 |
| 61. **Hewlett Packard Co.**<br>**800 South Taft**<br>**Loveland, CO 80537** | Unsecured claims | 37.80 |

In re **Watchwood LLC, t/a Hagerstown Hotel & Convention Center**,          Case No. _____
                                                    Debtor

## Numbered Listing of Creditors
(Continuation Sheet)

| # | Creditor name and mailing address | Category of Claim | Amount of Claim |
|---|---|---|---|
| 62. | Hodges & Irving, Inc.<br>1900 Sinclair St.<br>Saint Clair, MI 48079 | Unsecured claims | 344.73 |
| 63. | Hospitality Careers Online, Inc.<br>c/o Comerica Bank<br>P.O. Box 673682<br>Detroit, MI 48267 | Unsecured claims | 425.00 |
| 64. | HR Ebersole & Sons, Inc.<br>P.O. Box 188<br>Maugansville, MD 21767 | Unsecured claims | 75.00 |
| 65. | Hynes & Waller<br>16000 Trade Zone Ave.<br>Upper Marlboro, MD 20772 | Unsecured claims | 53.63 |
| 66. | IAFF Local 1605 Foundation, Inc.<br>Attn.: Glenn Fuscsick<br>P.O. Box 2979<br>Hagerstown, MD 21741-2979 | Unsecured claims | 215.00 |
| 67. | Idearc<br>Attn: Acct Receivable Debt<br>P.O. Box 619009<br>DFW Airport<br>Dallas, TX 75261 | Unsecured claims | 6,751.52 |
| 68. | In the Swim<br>320 Industrial Dr.<br>West Chicago, IL 60185 | Unsecured claims | 211.69 |
| 69. | Internal Revenue Service<br>Insolvency Department<br>31 Hopkins Plaza - Rm. 1140<br>Baltimore, MD 21201 | Priority claims | 67,225.59 |
| 70. | James Harris<br>2011 Starlight Ln<br>Hagerstown, MD 21740 | Unsecured claims | 2,029.47 |
| 71. | Jones Fire Extinguisher, Inc.<br>2511 Hafer Rd.<br>Fayetteville, PA 17222 | Unsecured claims | 247.03 |
| 72. | Kathy Pryor<br>1045 Pennsylvania Ave.<br>Hagerstown, MD 21740 | Unsecured claims | 6,209.31 |
| 73. | Kelly & Associates Insurance Group<br>Employee Benefit Service<br>P.O. Box 630283<br>Baltimore, MD 21263 | Unsecured claims<br>Unliquidated | 37,834.00 |

In re  **Watchwood LLC, t/a Hagerstown Hotel & Convention Center**,   Case No. _____
                                             Debtor

## Numbered Listing of Creditors
(Continuation Sheet)

| # | Creditor name and mailing address | Category of Claim | Amount of Claim |
|---|---|---|---:|
| 74. | **Kenley Express**<br>761 E. Wilson Blvd<br>Hagerstown, MD 21740 | Unsecured claims | 571.30 |
| 75. | **King Audio/Visual Inc.**<br>3454 Ellicott Center Dr., Ste. 105<br>Ellicott City, MD 21043 | Unsecured claims | 3,000.00 |
| 76. | **Larry & Sons, Inc.**<br>301 West Franklin Street<br>Hagerstown, MD 21740 | Unsecured claims | 178.20 |
| 77. | **Laundry Equipment Services, Inc,**<br>3280 Mauzy Road<br>Berkeley Springs, WV 25411 | Unsecured claims | 501.71 |
| 78. | **Law Office of Arthur Schneider, PC**<br>120 West Washington St., Ste. 200<br>Hagerstown, MD 21740 | Unsecured claims | 5,118.75 |
| 79. | **Leslie's Pool Supplies, Inc.**<br>P.O. Box 501162<br>Saint Louis, MO 63150 | Unsecured claims | 41.10 |
| 80. | **Lexyl Travel Technologies**<br>8880 rio San Diego Dr., Ste. 800<br>San Diego, CA 92108 | Unsecured claims | 2,528.30 |
| 81. | **Linda Beard**<br>9325 Garis Shop Rd.<br>Hagerstown, MD 21740 | Unsecured claims<br>Unliquidated | 32,779.92 |
| 82. | **Living Greenery**<br>3597 Brook Street<br>Greencastle, PA 17225 | Unsecured claims | 855.00 |
| 83. | **Lockheed Martin Corp.**<br>6500 rock Spring Dr.<br>Bethesda, MD 20817 | Unsecured claims | 30.60 |
| 84. | **Locks Unlimited**<br>124 W. Church St.<br>Hagerstown, MD 21741 | Unsecured claims | 709.00 |
| 85. | **M.S. Johnston**<br>13261 Pennsylvania Avenue<br>Hagerstown, MD 21742 | Unsecured claims | 708.26 |
| 86. | **Mainline Broadcasing**<br>25 Penncraft Ave.<br>Chambersburg, PA 17201 | Unsecured claims | 2,592.00 |

In re **Watchwood LLC, t/a Hagerstown Hotel & Convention Center**,   Case No. _____
                                          Debtor

# Numbered Listing of Creditors
(Continuation Sheet)

| Creditor name and mailing address | Category of Claim | Amount of Claim |
|---|---|---|
| 87. **Mark Stotler**<br>**7804 McCleallan Ave.**<br>**Boonsboro, MD 21713** | **Unsecured claims** | 2,340.73 |
| 88. **Matthew Brody**<br>**16608 Johnson Dr.**<br>**Williamsport, MD 21795** | **Unsecured claims** | 1,838.22 |
| 89. **Media Two**<br>**1014 W 36th St**<br>**Baltimore, MD 21211** | **Unsecured claims** | 195.00 |
| 90. **Miles & Stockbridge, P.C.**<br>**Rachel T. McGuckian**<br>**10 Light St.**<br>**Baltimore, MD 21202-1487** | **Unsecured claims** | 16,760.05 |
| 91. **Minuteman Press**<br>**981A MT Aetna Rd.**<br>**Hagerstown, MD 21740** | **Unsecured claims** | 1,118.73 |
| 92. **Muhkammad Badirov**<br>**1610 Dual Highway**<br>**Hagerstown, MD 21740** | **Unsecured claims** | 1,167.54 |
| 93. **National Hospitality Supply**<br>**10660 N. Executive Ct.**<br>**Thiensville, WI 53092** | **Unsecured claims** | 488.32 |
| 94. **National Telecommunications**<br>**520 Broad Street**<br>**Newark, NJ 07102** | **Unsecured claims** | 150.00 |
| 95. **New Frontiers Telecom**<br>**49 Summit Avenue**<br>**Hagerstown, MD 21740** | **Unsecured claims** | 2,044.73 |
| 96. **OK Associates, Inc.**<br>**5075 Lincoln Way East, Ste. J**<br>**Fayetteville, PA 17222** | **Unsecured claims** | 300.00 |
| 97. **PA Department of Revenue**<br>**Dept. 280904**<br>**Harrisburg, PA 17128-0904** | **Priority claims** | 161.54 |
| 98. **PA Softball**<br>**Maxine Barrick**<br>**100 Limekiln Road**<br>**Carlisle, PA 17015** | **Unsecured claims** | 1,454.40 |

In re  **Watchwood LLC, t/a Hagerstown Hotel & Convention Center**,   Case No. _____
                                                  Debtor

## Numbered Listing of Creditors
(Continuation Sheet)

| Creditor name and mailing address | Category of Claim | Amount of Claim |
|---|---|---:|
| 99. Pacific Coast Flag<br>2685 Land Park Drive<br>Sacramento, CA 95818 | Unsecured claims | 60.52 |
| 100. Patricia Dougherty<br>1302 Pennsylvania Ave.<br>Hagerstown, MD 21740 | Unsecured claims | 1,048.45 |
| 101. Patricia McDonnell<br>933 Security Rd.<br>Hagerstown, MD 21740 | Unsecured claims<br>Unliquidated | 30,489.30 |
| 102. Pest Zero<br>410 Key Circle<br>Hagerstown, MD 21740 | Unsecured claims | 592.40 |
| 103. Philadelphia Sign Company, Inc.<br>P.O. Box 828894<br>Philadelphia, PA 19182-8894 | Unsecured claims | 22,241.68 |
| 104. Plasticard<br>605 Sweeten Creek<br>Industrial Park<br>Asheville, NC 28803 | Unsecured claims | 318.81 |
| 105. Pools, Patios & Porches<br>179-D Thomas Johnson Dr.<br>Frederick, MD 21702 | Unsecured claims | 811.26 |
| 106. Prettyman Broadcasting Co.<br>1606 W. King Street<br>Martinsburg, WV 25401 | Unsecured claims | 891.00 |
| 107. Progressive Business Publications<br>370 Technology Dr.<br>Malvern, PA 19355 | Unsecured claims | 237.12 |
| 108. Questex Media<br>P.O. Box 504166<br>Saint Louis, MO 63150-4166 | Unsecured claims | 500.00 |
| 109. Reeves Co., Inc.<br>51 Newcomb Street<br>P.O. Box 509<br>Attleboro, MA 02703 | Unsecured claims | 189.18 |
| 110. Ridgerunner Publishing, LLC<br>Haherstown Magazine<br>P.O. Box 2415<br>Hagerstown, MD 21741 | Unsecured claims | 3,920.00 |

In re **Watchwood LLC, t/a Hagerstown Hotel & Convention Center**,  Case No. _____
                                          Debtor

## Numbered Listing of Creditors
(Continuation Sheet)

| # | Creditor name and mailing address | Category of Claim | Amount of Claim |
|---|---|---|---|
| 111. | Rising Signs<br>2756 Appling Center Cove, Ste. 101<br>Memphis, TN 38133 | Unsecured claims | 988.69 |
| 112. | Rubachem Systems, Inc.<br>P.O. Box 901<br>Northvale, NJ 07647 | Unsecured claims | 916.46 |
| 113. | Rubicon Group, Inc.<br>101 Marietta Street<br>Ste. 3525<br>Atlanta, GA 30303 | Unsecured claims | 916.00 |
| 114. | Saflock<br>31750 Serman Drive<br>Madison Heights, MI 48071 | Unsecured claims | 3,030.86 |
| 115. | Scent Air Technologies<br>P.O. Box 534448<br>Atlanta, GA 30353 | Unsecured claims | 896.88 |
| 116. | Shahriar varghaeimat<br>17950 Garden Lane, Apt. 32<br>Hagerstown, MD 21740 | Unsecured claims | 6,772.23 |
| 117. | Sharon Snyder<br>115 Bethlehem Ct.<br>Hagerstown, MD 21740 | Unsecured claims | 6,084.96 |
| 118. | Shirley Thompson<br>22013 Grove Rd.<br>Hagerstown, MD 21740 | Unsecured claims | 1,509.70 |
| 119. | South Moutain Mechanical Contractors<br>10248 Rollingridge Ct<br>Myersville, MD 21773 | Unsecured claims | 536.50 |
| 120. | Southern Data Com<br>SDS-12-2895<br>P.O. Box 86<br>Minneapolis, MN 55486-2895 | Unsecured claims | 1,272.00 |
| 121. | Spectrum Fire Protection, Inc.<br>9938 Potter St.<br>Bellflower, CA 90706 | Unsecured claims | 300.00 |
| 122. | Spichers Appliance<br>13427 Pennsylvania Avenue<br>Hagerstown, MD 21740 | Unsecured claims | 1,014.58 |

In re  **Watchwood LLC, t/a Hagerstown Hotel & Convention Center**,     Case No. _____
                                                                Debtor

## Numbered Listing of Creditors
(Continuation Sheet)

| Creditor name and mailing address | Category of Claim | Amount of Claim |
|---|---|---:|
| 123. **Sprint**<br>P.O. Box 4181<br>Carol Stream, IL 60197 | Unsecured claims | 1,259.43 |
| 124. **Staples**<br>P.O. Box 6721<br>The Lakes, NV 88901 | Unsecured claims | 1,377.38 |
| 125. **Starwood Hotels & Resorts WW**<br>P.O. Box 198872<br>Atlanta, GA 30384 | Unsecured claims<br>Disputed | 127,418.00 |
| 126. **State Highway Administration**<br>P.O. Box 1636<br>Hagerstown, MD 21740 | Unsecured claims | 245.33 |
| 127. **Sutton Hospitality Resources, Inc.**<br>405 Southway<br>Baltimore, MD 21218 | Unsecured claims | 6,949.69 |
| 128. **Swimming Pool Specialties, Inc.**<br>860 Pennsylvania Ave.<br>Hagerstown, MD 21742 | Unsecured claims | 187.00 |
| 129. **Ted's Rent It Center**<br>17827 Virginia Ave<br>Hagerstown, MD 21740 | Unsecured claims | 13.80 |
| 130. **The Groudskeeper, Inc.**<br>8423 Routzahn Road<br>Boonsboro, MD 21713 | Unsecured claims | 1,200.00 |
| 131. **The Home Adventures Co.**<br>860 Pennsylvania Ave.<br>Hagerstown, MD 21742 | Unsecured claims | 382.29 |
| 132. **The Pool People**<br>5525 Wilkins Court<br>Rockville, MD 20852 | Unsecured claims | 1,590.00 |
| 133. **Tina Seal**<br>142 1/w East High St., Junction<br>Sharpsburg, MD 21782 | Unsecured claims | 50,810.54 |
| 134. **TMG Studios**<br>4 Manila Ave<br>Hagerstown, MD 21742 | Unsecured claims | 650.00 |
| 135. **Travel Click**<br>300 N Martingale<br>Ste. 500<br>Schaumburg, IL 60173 | Unsecured claims | 1,314.75 |

In re   **Watchwood LLC, t/a Hagerstown Hotel & Convention Center**  ,   Case No. _____
                                             Debtor

## Numbered Listing of Creditors
(Continuation Sheet)

| Creditor name and mailing address | Category of Claim | Amount of Claim |
|---|---|---:|
| 136. Travel Hero: 1460303<br>P.O. Box 13930<br>Scottsdale, AZ 85267-3930 | Unsecured claims | 17.00 |
| 137. Travel Media Group<br>P.O. Box 3828<br>Norfolk, VA 23514 | Unsecured claims | 2,397.30 |
| 138. Travel Odessey, Inc.<br>The Lincoln Mall<br>Lincoln, RI 02865 | Unsecured claims | 76.50 |
| 139. Travelers<br>Cl Remittance Center<br>Hartford, CT 06183-1008 | Unsecured claims | 9,389.00 |
| 140. Trinicor Technology, Inc.<br>1486 Broadstone Plaza<br>Vienna, VA 22182 | Unsecured claims | 381.50 |
| 141. U.S. Security Associates, Inc.<br>P.O. Box 931703<br>Atlanta, GA 31193 | Unsecured claims | 9,406.04 |
| 142. USA Today<br>305 Seaboard Lane<br>Franklin, TN 37067 | Unsecured claims | 1,134.66 |
| 143. Valpak of Cumberland Valley<br>1829 Howell Rd., Ste. 2B<br>Hagerstown, MD 21740 | Unsecured claims | 336.00 |
| 144. Varsha Kothari<br>2010 Starlight Lane, Apt. 2A<br>Hagerstown, MD 21740 | Unsecured claims | 5,722.08 |
| 145. Verizon<br>P.O. Box 660720<br>Dallas, TX 75266 | Unsecured claims | 11.18 |
| 146. Vox Com Solutions, Inc,<br>8749 Hornets Nest Road<br>Unit A<br>Emmitsburg, MD 21727 | Unsecured claims | 408.59 |
| 147. Wanda Christoff<br>135 E Antietam St.<br>Hagerstown, MD 21740 | Unsecured claims | 2,066.96 |
| 148. Washington County MD<br>Treasure's Office<br>35 W. Washington Street<br>Ste. 102<br>Hagerstown, MD 21740 | Priority claims | 72,017.00 |

In re  **Watchwood LLC, t/a Hagerstown Hotel & Convention Center**  ,   Case No. _____
                                      Debtor

## Numbered Listing of Creditors
(Continuation Sheet)

| Creditor name and mailing address | Category of Claim | Amount of Claim |
|---|---|---:|
| 149. Western Pest Services<br>202 Perry Pkwy, Ste 2<br>Gaithersburg, MD 20877-2172 | Unsecured claims | 645.08 |
| 150. WJ Strickler Signs<br>P.O. Box 175<br>New Oxford, PA 17350 | Unsecured claims | 7,615.80 |
| 151. World Cinema, Inc.<br>9801 Westheimer<br>Suite 409<br>Houston, TX 77042 | Unsecured claims | 4,673.02 |
| 152. WV State Tax Department<br>Internal Auditing Division<br>P.O. Box 1667<br>Charleston, WV 25326 | Priority claims | 984.00 |
| 153. Xerox Corporation<br>P.O. Box 827598<br>Philadelphia, PA 19182 | Unsecured claims | 460.01 |
| 154. Yasaman Rowhani<br>2142 Cathedral Ave., N<br>Washington, DC 20008 | Unsecured claims<br>Unliquidated | 30,392.17 |
| 155. Zee Medical, Inc,<br>P.O. Box 781503<br>Indianapolis, IN 46278 | Unsecured claims | 188.93 |

## DECLARATION

I, Bahman Rowhani, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing Numbered Listing of Creditors and that it is true and correct to the best of my information and belief.

Date   **August 10, 2009**                         Signature  **/s/ Bahman Rowhani**_____
                                                                          **Bahman Rowhani**
                                                                          **Managing Member**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.