IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | | |
|---|---|---|
| **In re:** | * | |
| | * | |
| **WATCHWOOD, LLC,** | * | **Chapter 11 Case** |
| | * | |
|       **Debtor.** | * | **Case No. 09-24690 TJC** |

**EMERGENCY MOTION FOR ORDER AUTHORIZING INTERIM USE OF
CASH COLLATERAL AND GRANTING ADEQUATE PROTECTION AND
SETTING FINAL HEARING ON USE OF CASH COLLATERAL**

Watchwood, LLC (the "Debtor" or "Watchwood"), Debtor and Debtor-in-possession, through its undersigned counsel, moves this Court (the "Motion"), pursuant to 11 U.S.C. § 363 and Fed. Bank R. 4001 for Authority for Interim Use of Cash Collateral and to provide Adequate Protection to the lien holders and to set a final hearing on the use of Cash Collateral, in support thereof, states as follows:

**Jurisdiction**

1. This Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334. Venue of this cases and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2. This is a core proceeding under 28 U.S.C. § 157.

**The Chapter 11 Cases**

3. On August 10, 2009 (the "Petition Date"), Debtor filed a voluntary petition for relief under Chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). The Debtor intends to continue in possession of its respective properties and the management of its business as Debtor in possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

1

4. The Debtor is engaged in the operation of a hotel business located at 1910 Dual Highway, Hagerstown, Maryland 21740 (the "Hotel").

5. Watchwood is a limited liability company organized pursuant to laws of the state of Maryland. Watchwood utilizes the trade name Hagerstown Hotel and Convention Center and controls the day-to-day operations of the Hotel. Watchwood also owns the furniture, fixtures and equipment of the Hotel. The sole member-manager of Watchwood is Bahman Rowhani.

6. Bahman, Inc., ("Bahman") is a corporation formed pursuant to the laws of the District of Columbia and is an affiliate of the Debtor. Bahman is the owner of the 6.3 acres of improved real property upon which the Hotel is located. The President and owner of Bahman, Inc. is Bahman Rowhani. Bahman, Inc., also filed a voluntary petition Chapter 11 petition for relief under Chapter 11 of title 11of the Bankruptcy Code on August 10, 2009,

7. The Debtor's principal place of business and headquarters is 1910 Dual Highway, Hagerstown, Maryland 21740.

8. As of the Petition Date, Watchwood employed approximately 60 persons either full-or-part-time.

## The Loan and Security Interests of BB&T

9. Branch Banking & Trust ("BB&T") loaned 5.65 Million Dollars ($5,650,000) (the "Impaired Debt") to Watchwood (the "Borrower") pursuant to a Promissory Note (the "Note") and related loan documents (collectively the "Loan Documents") dated November 1, 2006.

10. The Impaired Debt is secured by (the "Security Agreements") and UCC-1 Financing Statements (the "Financing Statements")(collectively the "Security Documents") granted by both Watchwood and Bahman. The Security Documents specifically grant BB&T a

security interest in, (i) goods, including all goods and timber to be cut; (ii) inventory, including all returned inventory; (iii) accounts, including all contract rights and health-care-insurance receivables; (iv) equipment including all accessions thereto and all manufacturers's warranties, parts and tools therefore  (v) general intangibles, including all payment intangibles, copyrights, trademarks, patents, trademnames, tax refunds, company records (paper and electronic), rights under equipment leases, warranties, software licenses, and all rights under a license and franchise agreement with Sheraton , LLC; (vi) deposit accounts with BB&T; and (vii) all proceeds (cash and non-cash) of the foregoing.

11. The Impaired Debt is further guaranteed by Bahman, Inc. and Bahman Rowhani.

12. BB&T also holds Indemnity Deeds of Trust granted by EPC VA 14, LLC, Hassan Hadj Mohammedi, and Bahman Rowhani as additional security for the debt.  An indemnity assignment of rents is also granted to BB&T by Bahman, Inc.

### Relief Requested

13. As of the Petition Date, the estimated balance owed to BB&T is approximately 5.5 Million ($5,500,000.00).

14. The accounts and cash proceeds received from the debtor's accounts in the course of the Debtor's daily operations and deposit accounts with BB&T and cash proceeds thereof constitute cash collateral as that term is defined under section 363(a) of the Bankruptcy Code and may be used by the Debtor with the consent of BB&T or upon an order of the Bankruptcy Court.

15. Rule 4001 of the Federal Rules of Bankruptcy Procedure provides that the Court may commence a final hearing on a motion for authorization to use cash collateral no earlier than fifteen (15) days after the service of the motion.  Rule 4001 further provides that, upon request, the Court may conduct a preliminary hearing before such fifteen day period expires to authorize

the use of cash collateral as is necessary to avoid immediate and irreparable harm to the estate prior to a final hearing.

16. In order for the Debtor to operate its businesses, meet its obligations and preserve its business as a going concern and in order to avoid the immediate and irreparable harm to the bankruptcy estate, it is necessary for the Debtor to use its accounts, and proceeds therefrom in which BB&T asserts a security interest to pay those obligations as set forth in the budget, attached as **Exhibit A**.

**WHEREFORE**, the Debtor respectfully requests entry of an Order substantially similar to the attached proposed order:

a. Authorizing the Debtor to use their accounts, and proceeds therefrom in which BB&T holds a security interest to pay those obligations as set forth in the budget, attached as **Exhibit A,** for thirty (30) days in order to avoid immediate and irreparable harm to the Debtor's bankruptcy estate;

b. Granting BB&T security for the Impaired Debt of the same priority and to the same extent as that granted by the Security Documents, including a security interest in the Debtor's accounts, and proceeds therefrom to the extent of the use of cash collateral;

c. Providing that the security interest shall become duly perfected without the necessity for filing or execution of documents which might otherwise be required pursuant to applicable non-bankruptcy law for the creation or perfection of the security interest;

d. Requiring the Debtor to provide to BB&T once every two weeks a written report of its operations for the preceding two weeks that shall include all receipts, collections, disbursements, payments, cash balances and the like, in form and substance reasonably

satisfactory to BB&T (in addition to, and not in replacement of, those reporting obligations that the Debtor may have in connection with the Loan Documentation of the Impaired Debt);

  e. Providing that the Order shall not preclude any party-in-interest from seeking modification of this Order upon appropriate motion to this Court;

  f. setting this matter for a final hearing on the use of cash collateral; and

  g. Granting such other and further relief as is just and equitable.

        Respectfully submitted,

        MCNAMEE, HOSEA, JERNIGAN, KIM
        GREENAN & LYNCH, P.A.

        **/s/ Craig M. Palik**
        Craig M. Palik (Fed. Bar No. 15254)
        6411 Ivy Lane, Suite 200
        Greenbelt, Maryland  20770
        (301) 441-2420
        (301) 982-9450 (f)
        cpalik@mhlawyers.com

        *Attorneys for Watchwood, LLC, Debtor*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this **12th day of August, 2009**, a copy of the foregoing Emergency Motion for Order Authorizing Interim Use of Cash Collateral was electronically filed and served on the parties listed below by first class mail, postage pre-paid, unless said party is a registered CM/ECF participant and the Notice of Electronic Filing indicates that Notice was electronically mailed to said party from the Court:

Office of the United States Trustee
6305 Ivy Lane, Suite 600
Greenbelt, MS 20770

Richard E. Hagerty, Esq.
Laura N. Begun, Esq.
Troutman Sanders LLP
1660 International Drive, Suite 600
McLean, VA 22102

Counsel for BB&T

20 largest unsecured creditors on the attached matrix

All requesting notice

/s/ Craig M. Palik
Craig M. Palik