Mailing Matrix of 20 Largest Unsecured Creditors

Abbie Rhodes
16306 Ayrshire Ct.
Hagerstown, MD 21742

Allegheny Power
800 Cabin Hill Dr.
Greensburg, PA 15606

American Hotel Register Co.
P.O. Box  94150
Palatine, IL 60094

Columbia Gas of MD.
P.O. Box 9001845
Louisville, KY 40290

Comptroller of Maryland
Compliance Division
301 West Preston Street, Room 409
Baltimore, MD 21201

Division of Unemployment Insurance
P.O. Box 1683
Baltimore, MD 21203-1683

Ellsworth Electric, Inc.
88 W. Lee St., Ste. 1
Hagerstown, MD 21740

Gary Daley
291 Pangborn Blvd
Hagerstown, MD 21740

George Hambleton
207 S Church St.
P.O. Box 402
Sharpsburg, MD 21782

Harleysville Insurance
Processing Center
P.O. Box 37712
Philadelphia, PA 19101-1688

Internal Revenue Service
Insolvency Department
31 Hopkins Plaza - Rm. 1140
Baltimore, MD 21201

Kelly & Associates Insurance Group
Employee Benefit Service
P.O. Box 630283
Baltimore, MD 21263

```
Linda Beard
9325 Garis Shop Rd.
Hagerstown, MD 21740

Miles & Stockbridge, P.C.
Rachel T. McGuckian
10 Light St.
Baltimore, MD 21202-1487

Patricia McDonnell
933 Security Rd.
Hagerstown, MD 21740

Philadelphia Sign Company, Inc.
P.O. Box 828894
Philadelphia, PA 19182-8894

Starwood Hotels & Resorts WW
P.O. Box 198872
Atlanta, GA 30384

Tina Seal
142 1/w East High St., Junction
Sharpsburg, MD 21782

Washington County MD
Treasure's Office
35 W. Washington Street
Ste. 102
Hagerstown, MD 21740

Yasaman Rowhani
2142 Cathedral Ave., N
Washington, DC 20008
```